# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ENRIQUE DUQUE TOVAR,<br>Defendant. | 5:21-cr-0009 |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION

COMES NOW, ENRIQUE DUQUE TOVAR, Defendant above styled, and hereby files this, his response to Government's Motion to Maintain Custody of Seized Property (See ECF Doc. No. 98). Defendant has no objection to the Government's motion to maintain custody of seized property.

Respectfully submitted this 17th day of December, 2021.

/s/ S. DeLeigh Poole
S. DeLeigh Poole
The Poole Law Group, LLC
Attorney for Defendant E. Duque Tovar
Georgia Bar No.: 164602

P.O. Box 816
Waycross, Georgia 31502
912.387.5033(p)
912.387.4086(f)
thepoolelawgroup@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| UNITED STATES OF AMERICA,<br><br>v.<br><br>ENRIQUE DUQUE TOVAR,<br>Defendant. | 5:21-cr-0009 |
|---|---|

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case with the attached Defendant's Response in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of this electronic filing.

Respectfully submitted this 17th day of December, 2021.

/s/ S. DeLeigh Poole
S. DeLeigh Poole
The Poole Law Group, LLC
Attorney for Defendant E. Duque Tovar
Georgia Bar No.: 164602

P.O. Box 816
Waycross, Georgia 31502
912.387.5033(p)
912.387.4086(f)
thepoolelawgroup@gmail.com