# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## CLERKS MINUTES - CRIMINAL

| | | | |
|---|---|---|---|
| **CASE NO.** | 521-cr-9 | **DATE:** | 11/9/2022 |
| **TITLE:** | USA v. Maria Leticia Patricio, et al. | | |

**HONORABLE BENJAMIN W. CHEESBRO   COURTROOM DEPUTY CLERK:  KIM MIXON**

**COURT REPORTER**:

| | | | | | |
|---|---|---|---|---|---|
| **TAPE NO.** | FTR-WAY-CR1 | **TIME**: | 10:05-10:30 | **TOTAL:** | 25 minutes |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT | DEFENDANT |
|---|---|---|
| Tania Groover | Juanita Holsey et al. | Maria Leticia Patricia, et |
| Greg Gilluly | Tom Withers | |
| | Dennis O'Brien | |
| | Jack Downie | |
| | Kimberly Copeland | |
| | Johnny Vines | |
| | Brian Joseph Huffman, Jr. | |
| | E. Jay Abt (by telephone) | |
| | DeLeigh Poole | |
| | Whitney Johnson | |
| | Graham Floyd | |
| | Brian Tanner | |
| | Paul Kish | |
| | William Joseph Turner | |
| | Kathy Griffin | |
| | Jason Moon | |
| | Whitney Baker | |
| | Marc Metts | |
| | Tina Maddox | |
| | Jason Nix | |

Status Conference held regarding discovery and the parties' Joint Motion for Extension of Time to File Pretrial Motions. Doc. 461.

Court hears from parties on remaining issues regarding discovery.

Government 10:09-10:25.

All Defendants seek an additional 6-month extension to review all discovery and file pretrial motions.10:25-10:30.

Government has no objection to the request.

Court grants the Defendants' request for an additional 6-month extension. All time will be excluded under Speedy Trial calculation. Court will conduct interim telephonic status conference calls. The new schedule in the case will apply for every defendant who has appeared in the case.   Written Order to follow.