IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 5:21-cr-9-7 |
| ENRIQUE DUQUE TOVAR, | |
| Defendant. | |

**O R D E R**

On February 12, 2024, the parties filed their Joint Status Report. Doc. 901. In that Report, the parties state all pretrial motions have been satisfied or otherwise resolved. Accordingly, the Court **DENIES as moot** Defendant's motions, docs. 381-388.

**SO ORDERED**, this 15th day of February, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA